UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| ALLEN RAY RUSSELL II,<br><br>    Petitioner,<br><br>    v.<br><br>TIMOTHY WENGLER,<br><br>    Respondent. | Case No. C07-5506FDB-KLS<br><br>ORDER DISMISSING PETITION |

The Court, having reviewed the petition for *habeas corpus*, the Report and Recommendation of Judge Karen L. Strombom, United States Magistrate Judge, and the remaining record, and there being no objections filed, does hereby find and Order:

(1) The Court adopts the Report and Recommendation.

(2) Petitioner's federal *habeas corpus* petition is DISMISSED.

(3) The Clerk is directed to send copies of this Order to petitioner, to counsel for respondent and to Judge Strombom.

DATED this 15th day of September 2008.

                        /s/ Franklin D. Burgess
                        FRANKLIN D. BURGESS
                        UNITED STATES DISTRICT JUDGE