# United States District Court

WESTERN DISTRICT OF WASHINGTON

ALLEN RAY RUSSELL, II,

      v.

TIMOTHY WENGLER,

JUDGMENT IN A CIVIL CASE

CASE NUMBER: C07-5506FDB/KLS

___    **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

XX    **Decision by Court**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

The Court adopts the Report and Recommendation; and

Petitioner's federal *habeas corpus* petition is DISMISSED.

| | |
|---|---|
|   September 16, 2008   |   BRUCE RIFKIN   |
| Date | Clerk |
| | |
| |   *s/CM Gonzalez*   |
| | Deputy Clerk |